# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Joshua Paul GIVENS<br><br>*Defendant(s)* | )<br>)<br>) Case No.   2:25-mj-713<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/17/2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit a Federal Offense on Behalf of the United States |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

*Grace Bodker*
Complainant's signature

Grace Bodker, ATF Special Agent
Printed name and title

Sworn to me before and signed in my presence.

*Chelsey M. Vascura*
Chelsey M. Vascura
United States Magistrate Judge
Judge's signature

Date: 12/19/2025

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title